IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARIAS BALENTINE**                                                                                  **PLAINTIFF**

V.                              NO. 4:21-cv-00782-LPR-ERE

**TISH JHONSON**, *et al*.                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Balentine's claims are DISMISSED. This case is closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of December 2021.

*/s/ Lee P. Rudofsky*
_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE